## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:06CR209 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| DANIEL McWILLIAMS, JR., ) | |
| ) | |
| Defendant. ) | |

A bond hearing is scheduled before the undersigned magistrate judge at **10:30 a.m. on August 31, 2006**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

This being a criminal case, defendant must be present unless otherwise ordered by the court.

DATED this 29th day of August, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge