IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR209 |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL McWILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the Rule 11 hearing is rescheduled for:

**Monday, October 30, 2006, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 23rd day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court